NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DEMONE RUSHING, DOC #R16798,    )
                                )
    Appellant,                  )
                                )
v.                              )        Case No. 2D17-3443
                                )
STATE OF FLORIDA,               )
                                )
    Appellee.                   )
_____  )

Opinion filed August 3, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Philip J. Federico,
Judge.

Demone Rushing, pro se.

PER CURIAM.


      Affirmed.


NORTHCUTT, LUCAS, and ATKINSON, JJ., Concur.